Filed

MAR 20 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZELMA E. WIENFELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No: C 01-21101 PVT<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXEMPTION RE FAILURE TO FILE ELECTRONICALLY AND/OR TO REGISTER AS AN E-FILER** |

　　　　This case is subject to the Electronic Case Filing ("ECF") requirements of General Order No. 45. On March 14, 2003, Plaintiff filed a Request for Exemption Re Failure to File Electronically and/or To Register as an E-Filer.[1] Plaintiff's request is based upon the assertion by her counsel that currently there is no computer-generated program containing the pleadings in this case, and that the parties are nearing resolution of the matter. Accordingly, Plaintiff requests that the court exempt her from the requirements of General Order 45 until the parties' case management conference currently scheduled for April 22, 2003, by which time the parties hope and believe that the matter will be settled. Based on the papers presented,

　　　　IT IS HEREBY ORDERED that Plaintiff's Request for Exemption Re Failure to File

---

[1] The holding of this court is limited to the facts and circumstances underlying the present motion.

Electronically and/or To Register as an E-Filer is GRANTED.

IT IS FURTHER ORDERED that, in the event the case is not resolved by April 22, 2003, no later than May 2, 2003, Plaintiff's counsel shall fully comply with General Order 45, including e-mailing the complaint to the court in Portable Document Format ("PDF"), registering as an e-filer, and electronically submitting all subsequent documents filed in this case. Failure to e-mail the PDF version of the complaint, register as an e-filer, or to file all subsequent documents electronically could result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with General Order 45 has been remedied. The e-mail address to which documents should be e-mailed and the requirements of General Order 45 can be found on the court's website at **ecf.cand.uscourts.gov**.

Dated: 3/19/03

PATRICIA V. TRUMBULL
United States Magistrate Judge

1  copies mailed on 3/20/03 to:

2  Hugo N. Gerstl, Esq.
   Attorney at Law
3  2600 Garden Road, Suite 224
   Monterey, CA 93940

4
   Emily J. Kingston, Esq.
5  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102

7

8  _____
   CORINNE MOORE
   Courtroom Deputy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28